417 A.2d 794

Cerminara et ux., Appellants, v. Keyes et al.

Submitted December 4, 1978. Charles J. Weiss, for appellants; William H. Pugh, IV, for appellees.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

417 A.2d 795

Wright v. Guerra, Ind. and t/a and Sentinel Insurance Co. and United National Insurance Co., Additional Defendants.

Appeal of Angelo Guerra.

Submitted September 15, 1978. Louis J. Gagliardi, for appellant; S. David Fineman, for appellee Wright; Charles B. Burr, II, for appellees Sentinel and United National.

Before PRICE, HESTER and HOFFMAN, JJ.

The order of the lower court is affirmed.